# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Luis Gustavo MENDOZA Rangel,<br>a/k/a<br>Luis Gustavo Mendoza-Rangel,<br>a/k/a<br>Luis G Mendoza-Rengel<br><br>*Defendant(s)* | )<br>)<br>)<br>)  Case No. 3:23MJ218<br>)<br>)<br>) |

## RULE 4.1 - CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **June 27, 2023** in the County of **Mecklenburg** in the **Western** District of **North Carolina**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a)(1) | Illegal Reentry by a Previously Deported Alien |

This Criminal Complaint is based on these facts:

See Attached Affidavit of ICE/ERO Deportation Officer Erin North

☒ Continued on the attached sheet.

/s/ Erin North
*Complainant's signature*

Erin North, ICE/ERO Deportation Officer
*Printed name and title*

Sworn in accordance with Rule 4.1.

Signed: July 11, 2023

*Susan C. Rodriguez*
*United States Magistrate Judge*

Date: 07/11/2023

City and state: Charlotte, North Carolina

Honorable Susan C. Rodriguez, U.S. Magistrate Judge